JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY TRAN,<br><br>            Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security;<br>UR MENDOZA JADDOU, Director, United States Citizenship and Immigration Services;<br>LOREN K. MILLER, Director, United States Citizenship and Immigration Services, Nebraska Service Center; and<br>MERRICK GARLAND, United States Attorney General,<br><br>            Defendants. | Case No. 8:24-cv-00828-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF No. 11]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action is **DISMISSED** for lack of subject matter jurisdiction.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 6, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE